UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROBERT LEE WRIGHT, III,

    Plaintiff,

v.                                        Case No. 4:24-cv-00320-MCR-MJF

UNKNOWN OFFICER NURSES,

    Defendant.

_____/

**ORDER**

The magistrate judge issued a Report and Recommendation dated October 2, 2024. ECF No. 7. Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation, ECF No. 7, is adopted and incorporated by reference in this order.

2. Plaintiff's motion for leave to proceed *in forma pauperis*, ECF No. 5, is **DENIED**, and this action is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

3. Plaintiff's Motion to Exhaust All Remedies (ECF No. 6) and Motion to Affirm a Court Order (ECF No.8) are **DENIED** as moot.

4. The clerk of the court will close the case file.

**DONE AND ORDERED** this 31st day of December 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**